|                          |   |                      |
|--------------------------|---|----------------------|
| UNITED STATES OF AMERICA | § |                      |
|                          | § |                      |
| *versus*                 | § | CASE NO. 1:15-CR-3   |
|                          | § |                      |
| ROOSEVELT BROXTON        | § |                      |

**UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF TEXAS**

# MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government, each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the following sentence: five (5) months' imprisonment with eighteen (18) months of supervised release to follow, which shall run consecutively with any other sentence of imprisonment the Defendant is serving. The Defendant also waived his right to be present with counsel and to speak at sentencing.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and the Defendant's supervised release is **REVOKED**. Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 2nd day of July, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE